**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

| | | |
|---|---|---|
| BRADLEY E. KLINE, | : | No. 71 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| TRAVELERS PERSONAL SECURITY | : | |
| INSURANCE COMPANY, | : | |
| | : | |
| Petitioner | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of July, 2020, the Petition for Allowance of Appeal is **DENIED**.